# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

JAMES THIESSEN, as personal representative )
of the estate of JERRY RAY GARCIA,                      )
                                                                              )
      Plaintiff,                                            )
                                                                              )
v.                                                                         )     Case No. CIV-26-542-SLP
                                                                              )
CITY OF ELK CITY, OKLAHOMA, et al.,         )
                                                                              )
      Defendants.                                         )

## **O R D E R**

Before the Court is Defendant City of Elk City's Partial Motion to Dismiss and Brief in Support [Doc. No. 10]. "The [A]mended [C]omplaint, as the operative complaint, supersedes the original complaint's allegations[.]" *May v. Segovia*, 929 F.3d 1223, 1229 (10th Cir. 2019). Thus, those allegations are of "no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). Accordingly, Defendant City of Elk City's Partial Motion to Dismiss and Brief in Support [Doc. No. 10] is DENIED as MOOT.[1]

IT IS SO ORDERED this 21st day of May, 2026.

_____
SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court will address Defendants Vandeburgh's, Nelson's, and Holland's Motion to Dismiss, or Alternatively, Motion to Quash Service of Process and Brief in Support [Doc. No. 11] in a separate order once the motion becomes ripe.